FILED
2024 Aug-02  AM 10:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 2:24-MJ-444-GMB |
| | ) | |
| **TALIJAH LADARRIUS IRBY** | ) | |

## MOTION TO CONTINUE DETENTION HEARING

Mr. Talijah Ladarrius Irby, by and through counsel, respectfully moves for a continuance of the detention hearing currently set for Monday, August 5, 2024, at 2:00 p.m. before this Honorable Court. Despite due diligence, Mr. Irby requires additional time to investigate and prepare to present a release plan for the Court's consideration. Mr. Irby requests that the detention hearing be continued until at least Friday, August 9, 2024. In the interim, Mr. Irby consents to remain in U.S. Marshal custody.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/ John Cockrell**
JOHN COCKRELL
Assistant Federal Public Defender
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
John_Cockrell@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

**/s/ John Cockrell**